827 A.2d 373

**In re Nomination Petition of Vernon T. ANASTASIO, as a Candidate for Nomination of the Office of City Council in the First Councilmatic District of the City of Philadelphia,**

**Objections of Sarah Derose,**

**Appeal of Vernon T. Anastasio.**

Supreme Court of Pennsylvania.

May 12, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of May, 2003, we **VACATE** the Order of this Court dated May 2, 2002.

We **AFFIRM** without opinion the Order of the Commonwealth Court.

Justices CASTILLE, NIGRO and EAKIN dissent.